UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:   Tamara Vernon,                     Case No.17-22461
                                            Chapter 13
          Debtor(s) .
_____/

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 8, 2017 a true and correct copy of Debtor's 2nd Amended Chapter 13 Case Plan [DE 28]; Objection to Claim on Shortened Notice [DE 29]; and Notice of Hearing on Objection to Claim of Habitat for Humanity of Greater Miami [DE 30]; were transmitted electronically to:

Rachel L. Ahlum on behalf of Creditor Everhome Mortgage
ecfflsb@aldridgepite.com; Rahlum@aldridgepite.com

Nancy K. Neidich, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and sent by U.S. Mail on December 11, 2017 to**

Habitat for Humanity of Greater Miami
c/o TIAA, FSB d/b/a Ever Bank
301 West Bay St.
Jacksonville, FL 32202

Miami Dade County Code Enforcement
111 NW 1st Street
Miami, FL 33128

Account Resolution Services
1643 N. Harrison Pkwy., Bldg. H, Suite 100
Sunrise, FL 33323

Automotive Capital Resources
6330 Manor Lane, Suite 200B
Miami, FL 33143

Caine & Weiner
15025 Oxnard St., Suite 100
Van Nuys, CA 91411

Central Financial Control
PO Box 660873
Dallas, TX 75266

Credit Collection Services
PO Box 607
Norwood, MA 02062

First Federal Credit Control
2470 Chagrin Blvd., Suite 205
Beachwood, OH 44122-5630

Wakefield & Associates
PO Box 50250
Knoxville, TN 37950

                Respectfully submitted,

                LEGAL SERVICES OF GREATER
                MIAMI, INC.

                By: _____/s/_____
                Carolina A. Lombardi, Esq.
                Florida Bar No. 0241970
                Attorney for Debtor
                4343 W. Flagler St., Suite #100
                Miami, Florida  33137
                Telephone: (305) 438-2427
                Fax: (305) 573-0080
                Primary Email:Clombardi@legalservicesmiami.org
                Alternate Email: mcabrera@legalservicesmiami.org