UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Tamara Vernon,                    Case No.17-22461
                                            Chapter 13
         Debtor(s) .
_____/

NOTICE OF WITHDRAWAL OF OBJECTION
TO CLAIM OF HABITAT FOR HUMANITY

Debtor Tamara Vernon gives notice of her withdrawal of her Objection to the Claim 1-1 of Habitat for Humanity of Greater Miami (DE 29).

Dated March 26, 2018.

Respectfully submitted,

LEGAL SERVICES OF GREATER
MIAMI, INC.

By:  _____/s/_____
Carolina A. Lombardi, Esq.
Florida Bar No. 0241970
Attorney for Debtor
4343 W. Flagler St., Suite #100
Miami, Florida  33137
Telephone and Fax: (305) 438-2427
Primary Email:CLombardi@legalservicesmiami.org
Alternate Email: SFreire@legalservicesmiami.org