**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    Tamara Vernon,                                    Case No.17-22461
                                                            Chapter 13
            Debtor(s) .
_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

**IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 1-1 | Habitat for Humanity Greater Miami | $18,626.39 | Section 3 of page 4 of the Proof of Claim lists $5,860.20 as "prepetition fees due." However, the total of fees and court costs listed on page 7 of Creditor's Proof of Claim is $5,268.60, which is a difference of $591.60.<br>Creditor's Proof of Claim must be reduced by $591.60 to $18,034.79. |

Dated March 26, 2018.

Respectfully submitted,

LEGAL SERVICES OF GREATER
MIAMI, INC.

By: _____/s/_____
Carolina A. Lombardi, Esq.
Florida Bar No. 0241970
Attorney for Debtor
4343 W. Flagler St., Suite #100
Miami, Florida  33137
Telephone and Fax: (305) 438-2427
Primary Email:CLombardi@legalservicesmiami.org
Alternate Email: SFreire@legalservicesmiami.org