**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:   Tamara Vernon,                                    Case No.17-22461
                                                            Chapter 13

              Debtor(s) .
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2018, a true and correct copy of Notice of Withdrawal of Objection to Claim of Habitat for Humanity [DE 54]; Objection to Claim on Shortened Notice [DE 55]; Notice of Hearing on Objection to Claim of Habitat for Humanity of Greater Miami [DE 56]; were transmitted electronically to:

Nancy K. Neidich, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Rachel L Ahlum on behalf of Creditor Everhome Mortgage
ecfflsb@aldridgepite.com, RAhlum@aldridgepite.com

Rachel L Ahlum on behalf of Creditor Habitat for Humanity of Greater Miami
ecfflsb@aldridgepite.com, RAhlum@aldridgepite.com

                                        Respectfully submitted,

                                        LEGAL SERVICES OF GREATER
                                        MIAMI, INC.

                                        By: _____/s/_____
                                        Carolina A. Lombardi, Esq.
                                        Florida Bar No. 0241970
                                        Attorney for Debtor
                                        4343 W. Flagler St., Suite #100
                                        Miami, Florida  33137
                                        Telephone/Facsimile: (305) 438-2427
                                        Primary Email:Clombardi@legalservicesmiami.org
                                        Alternate Email: SFreire@legalservicesmiami.org