**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:   Tamara Vernon,                                  Case No.17-22461-AJC
                                                          Chapter 13

            Debtor(s) .
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the First Modified Plan (DE 83); Motion to Modify Chapter 13 Plan (DE 84) and Notice of Hearing (DE 85); were transmitted electronically to:

Nancy K. Neidich, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Rachel L Ahlum on behalf of Creditor Everhome Mortgage
ecfflsb@aldridgepite.com, RAhlum@aldridgepite.com

Rachel L Ahlum on behalf of Creditor Habitat for Humanity of Greater Miami
ecfflsb@aldridgepite.com, RAhlum@aldridgepite.com

Wanda D Murray on behalf of Creditor Habitat for Humanity of Greater Miami
ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com

Served Via U.S. Mail on November 7, 2018 to:

Caine & Weiner Co.
12005 Ford Road #300
Dallas, TX 75234-7262

Directv, LLC
by American InfoSource LP as agent
PO Box 5008
Carol Stream, IL 60197-5008

Habitat for Humanity of Greater Miami
c/o TIAA, FSB d/b/a EverBank
301 West Bay Street
Jacksonville, FL 32202

Case No.17-22461-AJC
Page 2
_____ /

Paragon Contracting Services, LLC
PO Box 1123
Minneapolis, MN 55440-1123

Ashley Funding Services, LLC its successors and
assigns as assignee of Syndicated
Office Systems, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Central Financial Control
PO Box 660873
Dallas, TX 75266

First Federal Credit Control
2470 Chagrin Blvd., Suite 205
Beachwood, OH 44122-5630

Account Resolution Services
1643 N. Harrison Pkwy Bldg. H, S-100
Sunrise, FL 33323

Automobile Capital Resources
6330 Manor Lane, Ste. 200B
Miami, FL 33143-4953

Credit Collection Services
PO Box 607
Norwood, MA 02062

Wakefield and Associates
PO Box 50250
Knoxville, TN 37950

Case No.17-22461-AJC
Page 3
_____ /

Dated:   November 7, 2018

                          Respectfully submitted,

                          LEGAL SERVICES OF GREATER
                          MIAMI, INC.

                          By:            /s/
                          Carolina A. Lombardi, Esq.
                          Florida Bar No. 0241970
                          Attorney for Debtor
                          4343 W. Flagler St., Suite #100
                          Miami, Florida  33134
                          Telephone/Facsimile: (305) 438-2427
                          Primary Email:Clombardi@legalservicesmiami.org
                          Alternate Email: SFreire@legalservicesmiami.org