**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Tamara Vernon,             Case No.17-22461
                                             Chapter 13

Debtor(s).
_____/

**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

     Pursuant to Local Rule 9013-1, debtor Tamara Vernon moves the Court to modify her Chapter 13 Plan, because creditor Habitat for Humanity has filed a Notice of Mortgage Payment Change effective with the November 1, 2019, Plan payment, and to cure debtor's Notice of Delinquency.

                                            __\s_____
                                            Respectfully submitted,
                                            LEGAL SERVICES OF GREATER MIAMI, INC.
                                            Carolina A. Lombardi, Attorney
                                            Florida Bar No. 0241970
                                            Attorney for Debtor
                                            4343 W. Flagler St., Suite #100
                                            Miami, Florida 33137
                                            Telephone and Fax: (305) 438-2427
                                            Primary Email:Clombardi@legalservicesmiami.org
                                            Alt. Email: SFreire@legalservicesmiami.org