UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Tamara Vernon,                    Case No.17-22461

                                         Chapter 13

Debtor(s)_____/

### DEBTOR TAMARA VERNON'S MOTION OBJECTING TO HABITAT FOR HUMANITY OF GREATER MIAMI'S NOTICE OF PAYMENT CHANGE

Pursuant to Bankruptcy Rule 3002.1 (b) (2), debtor files her motion objecting to creditor Habitat for Humanity of Greater Miami's Notice of Payment Change and states:

1. Creditor Habitat for Humanity of Greater Miami filed a Notice of Payment change on September 24, 2019, stating that debtor's mortgage payment would increase to $688.12 effective December 1, 2019.

2. Debtor objects to this NPC for the following reasons:

    a. The NPC states on page 1 that the current escrow is $741.99; that has never been the escrow payment;

    b. The NPC detail on page 5 states that Habitat has decided to collect an escrow shortage of $354.79 over 30 days; debtor must be allowed to pay any escrow shortage over the remaining months of her Plan; and

    c. The NPC detail on page 5 states that the new mortgage payment effective November 1, 2019, is $1042.91; this conflicts with the New Total Payment of $688.12 as stated on page 1.

3.      Creditor Habitat must allow the debtor to pay any escrow shortage over the remaining months of the Plan and rectify the conflicting information in the NPC.

Respectfully submitted,
LEGAL SERVICES OF GREATER
 MIAMI, INC.

By _____/s/_____
Carolina A. Lombardi
Florida Bar No.  0241970
4343 West Flagler Street, Ste. 100
Miami, FL 33134
Telephone/Facsimile: (305) 438-2427
Primary Email: Clombardi@legalservicesmiami.org;
Alt. Email: Sfreire@legalservicesmiami.org