UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Tamara Vernon,                               Case No.17-22461-AJC
                                                     Chapter 13

            Debtor(s) .
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2019 a true and correct copy of Debtor's Third Modified Chapter 13 Plan (DE 96) was transmitted electronically to:

Nancy K. Neidich, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jennifer Laufgas on behalf of Creditor Everhome Mortgage
ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas on behalf of Creditor Habitat for Humanity of Greater Miami
ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Wanda D Murray on behalf of Creditor Habitat for Humanity of Greater Miami
ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com

**Served by U.S. Mail:**

Caine & Weiner Co.
12005 Ford Road #300
Dallas, TX 75234-7262

Directv, LLC
by American InfoSource LP as agent
PO Box 5008
Carol Stream, IL 60197-5008

Habitat for Humanity of Greater Miami
c/o TIAA, FSB d/b/a EverBank
301 West Bay Street
Jacksonville, FL 32202

Paragon Contracting Services, LLC
PO Box 1123
Minneapolis, MN 55440-1123

1

Case No.17-22461-AJC
Page 2
_____ /

Central Financial Control
PO Box 660873
Dallas, TX 75266

First Federal Credit Control
2470 Chagrin Blvd., Suite 205
Beachwood, OH 44122-5630

Account Resolution Services
1643 N. Harrison Pkwy Bldg. H, S-100
Sunrise, FL 33323

Automobile Capital Resources
6330 Manor Lane, Ste. 200B
Miami, FL 33143-4953

Credit Collection Services
PO Box 607
Norwood, MA 02062

Wakefield and Associates
PO Box 50250
Knoxville, TN 37950

Ashley Funding Services, LLC
c/o Office Systems, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Dated: December 18, 2019

Respectfully submitted,

LEGAL SERVICES OF GREATER
MIAMI, INC.

By: _____/s/_____
Carolina A. Lombardi, Esq.
Florida Bar No. 0241970
Attorney for Debtor
4343 W. Flagler St., Suite #100
Miami, Florida 33134
Telephone/Facsimile: (305) 438-2427
Primary Email:Clombardi@legalservicesmiami.org
Alternate Email: SFreire@legalservicesmiami.org

2