

**ORDERED in the Southern District of Florida on January 15, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:   Tamara Vernon,                                Case No. 17-22461-AJC
                                                       Chapter 13
         Debtor(s) .
_____/

**AGREED ORDER ON DEBTOR'S OBJECTION TO HABITAT FOR
HUMANITY'S NOTICE OF PAYMENT CHANGE FILED SEPTEMBER 24, 2019**

This cause came to heard on Debtor's Motion Objecting to Habitat for Humanity of Greater Miami's Notice of Payment Change dated September 24, 2019 (DE 93), and the debtor and creditor having reached an agreement it is ORDERED that:

1. Debtor will pay the escrow shortage of $354.79 over the remaining months of the Plan.

2. The New Total Payment is $688.12 effective November 1, 2019.

# # #

1

Case No.17-22461-AJC
Page 2
_____ /

Submitted by Carolina A. Lombardi, Attorney
Legal Services of Greater Miami, Inc.
4343 West Flagler Street Suite 100
Miami, FL 33134
Phone and Fax (305)438-2427
CLombardi@legalservicesmiami.org

The party submitting the order shall serve a copy of the signed
order on all required parties and file with the court a certificate
of service conforming with Local Rule 2002-1(F).