# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

                                                  **CASE NO.: 17-22461-BKC-AJC**
                                                  PROCEEDING UNDER CHAPTER 13

**IN RE:**

TAMARA T VERNON

DEBTOR_____/

## NOTICE CONTINUING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

   **YOU ARE HEREBY NOTIFIED** that the Debtor's Motion to Modify Confirmed Plan has been continued to **July 28, 2020** at **9:00 AM** by TELEPHONE. To participate call, Court Call (888)882-6878. If a party is unable to register online (https://www.courtcall.com), a reservation may also be made no later than 3:00pm on the business day preceding the date of the hearing by telephone at (888)882-6878.

   **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice Continuing Debtor's Motion to Modify Confirmed Plan was mailed to those parties listed on this 6th day of July, 2020.

                                         */s/ Nancy K. Neidich*_____
                                         NANCY K. NEIDICH, ESQUIRE
                                         STANDING CHAPTER 13 TRUSTEE
                                         P.O. BOX 279806
                                         MIRAMAR, FL  33027-9806

NOTICE CONTINUING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN
CASE NO.: 17-22461-BKC-AJC

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTOR**
TAMARA T VERNON
1859 NW 68 TERRACE
MIAMI, FL  33147

**ATTORNEY FOR DEBTOR**
CAROLINA A. LOMBARDI, ESQUIRE
LEGAL SERV. OF GREATER MIAMI
4343 W FLAGLER STREET
SUITE 100
MIAMI, FL  33134

**CAROLINA A. LOMBARDI, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.