**Fill in this information to identify the case:**

Debtor 1    Tamara T Vernon

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida

Case number    17-22461-AJC

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Habitat for Humanity of Greater Miami        **Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account:        0   7   4   3

**Date of payment change:**
Must be at least 21 days after date of this notice        12/1/2020

**New total payment:**
Principal, interest, and escrow, if any        $        808.23

## Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $        387.20        New escrow payment: $        507.31

## Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Debtor 1    <u>Tamara T Vernon</u>         Case number *(if known)* <u>17-22461-AJC</u>
First Name      Middle Name      Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _[signature]_          Date   <u>09/16/2020</u>
Signature

Print:    <u>Jennifer Laufgas</u>        Title <u>Authorized Agent for Creditor</u>
         First Name     Middle Name     Last Name

Company    <u>Aldridge Pite, LLP</u>

Address    <u>3575 Piedmont Road, N.E. Suite 500</u>
        Number      Street

        <u>Atlanta</u>        <u>GA</u>    <u>30305</u>
        City         State    ZIP Code

Contact phone    <u>(404 ) 994-7400</u>          Email <u>jlaufgas@aldridgepite.com</u>

09/14/20

TAMARA T VERNON
JANE KELLY
1859 NW 68TH TERR.
MIAMI          FL 33147

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT HISTORY

THIS IS ACTUAL ESCROW ACTIVITY IN YOUR ESCROW ACCOUNT FROM
09/06/19 THROUGH 10/31/19.

| MO/YR | ACTUAL ESCROW DEPOSIT | ACTUAL ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|
| STARTING BALANCE | 551.46 | | | 2,788.40- |
| 09/19 | | | | 2,236.94- |

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
11/01/19 THROUGH 11/30/20.
YOUR  MONTHLY   MORTGAGE  PAYMENT FOR THE PAST YEAR WAS
576.65 OF  WHICH   300.92 WAS FOR PRINCIPAL AND INTEREST
AND  275.73 WENT INTO YOUR ESCROW ACCOUNT.

| MO/YR | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| STARTING BALANCE | | | | | | | |
| 11/19 | 387.20 | * | 1272.33 | CONS TAX | 1346.89* | 1935.93 | 2236.94- |
| 12/19 | 387.20 | * | | | | 1050.80 | 3583.83- |
| 01/20 | 387.20 | * | | | | 1438.00 | 3583.83- |
| 02/20 | 387.20 | 1102.92 * | | | | 1825.20 | 3583.83- |
| 03/20 | 387.20 | * | | | | 2212.40 | 2480.91- |
| 04/20 | 387.20 | * | | | | 2599.60 | 2480.91- |
| 05/20 | 387.20 | * | | | | 2986.80 | 2480.91- |
| 05/20 | 387.20 | * | | | | 3374.20 | 2480.91- |
| 06/20 | 387.20 | * | | | | 3761.40 | 2480.91- |
| 07/20 | 387.20 | * | 3374.00 | PROP INS | 3876.00* | 774.40 | 6356.91- |

09/14/20

| MO/YR | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| 08/20 | 387.20 | * | | | | | |
| 09/20 | 387.20 | 7329.15 *Y | | | Y | 1161.60 | 6356.91- |
| 10/20 | 387.20 | 387.20 Y | | | Y | 1548.80 | 972.24 |
| 11/20 | 387.20 | 387.20 *Y | | CONS TAX | 1346.89*Y | 1936.00 | 1359.44 |
| | | | | | | 1936.00 | 399.75 |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
MADE DURING THIS PERIOD EQUALING 4,646.33. UNDER FEDERAL LAW,
YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED        774.40
(NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT)
UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
BALANCE SHOULD NOT HAVE EXCEEDED        774.40.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

ACCOUNT PROJECTION

```
HAZARD INS           :      3,876.00
TAXES                :      1,346.89
                          -----------
ANNUAL DISBURSEMENTS  :      5,222.89
      5,222.89 / 12 =          435.24   ESCROW PAYMENT
```

| MO/YR | PAYMENTS TO | PAYMENTS FROM | DESCRIPTION | CURRENT BAL PROJECTION | REQUIRED BAL PROJECTION |
|---|---|---|---|---|---|
| BALANCE AS OF 11/30/20.............. | | | | | |
| 12/20 | 435.24 | | | 399.75 | 1,264.56 |
| 01/21 | 435.24 | | | 834.99 | 1,699.80 |
| 02/21 | 435.24 | | | 1,270.23 | 2,135.04 |
| 03/21 | 435.24 | | | 1,705.47 | 2,570.28 |
| 04/21 | 435.24 | | | 2,140.71 | 3,005.52 |
| 05/21 | 435.24 | | | 2,575.95 | 3,440.76 |
| 06/21 | 435.24 | | | 3,011.19 | 3,876.00 |
| 07/21 | 435.24 | 3,876.00 | PROP INS | 3,446.43 | 4,311.24 |
| | | | | 5.67 | 870.48 |

09/14/20

| MO/YR | PAYMENTS TO | PAYMENTS FROM | DESCRIPTION | CURRENT BAL PROJECTION | REQUIRED BAL PROJECTION |
|-------|-------------|---------------|-------------|------------------------|-------------------------|
| 08/21 | 435.24 | | | 440.91 | 1,305.72 |
| 09/21 | 435.24 | | | 876.15 | 1,740.96 |
| 10/21 | 435.24 | | | 1,311.39 | 2,176.20 |
| 11/21 | 435.24 | 1,346.89 | CONS TAX | 399.74 | 1,264.55 |

THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS     399.75 . YOUR
STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE      1,264.56 .

THIS MEANS YOU HAVE A SHORTAGE OF      864.81.   THIS SHORTAGE MAY
BE COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS OR MORE UNLESS THE
SHORTAGE IS LESS THAN 1 MONTHS DEPOSIT. IN WHICH CASE WE HAVE THE
OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE HAVE DECIDED TO
COLLECT IT OVER 12 MONTHS .

YOUR   MONTHLY   MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
    808.23 OF WHICH   300.92 WILL BE FOR PRINCIPAL AND
INTEREST AND     435.24 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
    PRINCIPAL AND INTEREST              300.92
    ESCROW PAYMENT                      435.24
    OVER/SHORT SPREAD                    72.07
                                     ----------
NEW PAYMENT EFFECTIVE 12/01/20          808.23

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mortgage

Payment Change was served electronically or via U.S. Mail, first-class postage prepaid, to:

## <u>SERVICE LIST</u>

**<u>DEBTOR(S)</u>**
**<u>(VIA US MAIL)</u>**

Tamara T Vernon
1859 NW 68 Terrace
Miami, FL 33147

**<u>DEBTOR(S) ATTORNEY</u>**
**<u>(VIA ELECTRONIC NOTICE)</u>**

Carolina A Lombardi
CLombardi@legalservicesmiami.org

**<u>CHAPTER 13 TRUSTEE</u>**
**<u>(VIA ELECTRONIC NOTICE)</u>**

Nancy K. Neidich
e2c8f01@ch13miami.com

**<u>UNITED STATES TRUSTEE</u>**
**<u>(VIA ELECTRONIC NOTICE)</u>**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Dated: September 23, 2020

/s/ Jennifer Laufgas
Jennifer Laufgas, FL Bar No. 56181
Aldridge Pite, LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (561) 288-6815
Fax: (888) 873-6147
Email: jlaufgas@aldridgepite.com

- 1 -