**Fill in this information to identify the case:**

Debtor 1: Tamara T Vernon

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida

Case number: 17-22461-AJC

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Habitat for Humanity of Greater Miami

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 0 7 4 3

**Date of payment change:**
Must be at least 21 days after date of this notice: 12/01/2019

**New total payment:** $ 688.12
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ 741.99     New escrow payment: $ 387.20

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
        (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1     **Notice of Mortgage Payment Change**     page 1

| Debtor 1 | Tamara T Vernon | | | Case number (if known) 17-22461-AJC |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X _/s/ signature_  
Signature

Date 09/19/2019

Print: Jennifer Laufgas  
First Name   Middle Name   Last Name

Title  Agent for Creditor

Company  Aldridge Pite, LLP

Address  3575 Piedmont Road, N.E. Suite 500  
Number   Street

Atlanta    GA    30305  
City     State    ZIP Code

Contact phone  (404) 994-7400

Email  jlaufgas@aldridgepite.com

```
                                                                09/09/19




TAMARA T VERNON
JANE KELLY
1859 NW 68TH TERR
MIAMI                FL 33147

                ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

                             ACCOUNT HISTORY

        THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
        12/01/18 THROUGH 10/31/19.
        YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS
                 576.65 OF WHICH     300.92 WAS FOR PRINCIPAL AND INTEREST
        AND      275.73 WENT INTO YOUR ESCROW ACCOUNT.
        OVER THIS PERIOD, AN ADDITIONAL      37.08 WAS DEPOSITED INTO YOUR
        ESCROW ACCOUNT FOR INTEREST ON ESCROW.

         PROJ     ACTUAL    PROJ                    ACTUAL    PROJ       ACTUAL
         ESCROW   ESCROW    ESCROW                  ESCROW    ESCROW     ESCROW
MO/YR    DEPOSIT  DEPOSIT   PAYMENTS DESCRIPTION    PAYMENTS  BALANCE    BALANCE
STARTING BALANCE ...................................          393.33    2668.91-
12/18    196.70    573.04 *         ESC REFUND       37.08*   590.03    2132.95-
01/19    196.70    267.98 *                                   786.73    1864.97-
02/19    196.70   1071.92 *                                   983.43     793.05-
03/19    196.70           *                                  1180.13     793.05-
04/19    196.70    551.46 *                                  1376.83     241.59-
05/19    196.70    275.73 *                                  1573.53      34.14
06/19    196.70    551.46 *                                  1770.23     585.60
07/19    196.70           *  1105.55 PROP INS           *     861.38     585.60
08/19    196.70           *                                  1058.08     585.60
09/19    196.70   4172.84 *Y         PROP INS     3374.00*Y  1254.78    1384.44
10/19    196.70    196.70  Y                            Y    1451.48    1581.14
11/19    196.70           *  1254.78 CONS TAX           *     393.40
```

09/09/19

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
MADE DURING THIS PERIOD EQUALING       2,360.33. UNDER FEDERAL LAW,
YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED        393.40
(NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
BALANCE SHOULD NOT HAVE EXCEEDED        393.40.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

ACCOUNT PROJECTION

```
TAXES               :     1,272.33
HAZARD INS          :     3,374.00
-----------------------------------------
ANNUAL DISBURSEMENTS :    4,646.33
       4,646.33 / 12 =      387.20 ESCROW PAYMENT
```

| MO/YR | PAYMENTS TO | PAYMENTS FROM | DESCRIPTION | CURRENT BAL PROJECTION | REQUIRED BAL PROJECTION |
|---|---|---|---|---|---|
| BALANCE AS OF 10/31/19........................ | | | | 1,581.14 | 1,935.93 |
| 11/19 | 387.20 | 1,272.33 | CONS TAX | 696.01 | 1,050.80 |
| 12/19 | 387.20 | | | 1,083.21 | 1,438.00 |
| 01/20 | 387.20 | | | 1,470.41 | 1,825.20 |
| 02/20 | 387.20 | | | 1,857.61 | 2,212.40 |
| 03/20 | 387.20 | | | 2,244.81 | 2,599.60 |
| 04/20 | 387.20 | | | 2,632.01 | 2,986.80 |
| 05/20 | 387.20 | | | 3,019.21 | 3,374.00 |
| 06/20 | 387.20 | | | 3,406.41 | 3,761.20 |
| 07/20 | 387.20 | 3,374.00 | PROP INS | 419.61 | 774.40 |
| 08/20 | 387.20 | | | 806.81 | 1,161.60 |
| 09/20 | 387.20 | | | 1,194.01 | 1,548.80 |
| 10/20 | 387.20 | | | 1,581.21 | 1,936.00 |

THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS    1,581.14 . YOUR
STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE    1,935.93 .

T1401-37P                                                            09/09/19

THIS MEANS YOU HAVE A SHORTAGE OF      354.79.   THIS SHORTAGE MAY
BE COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS OR MORE UNLESS THE
SHORTAGE IS LESS THAN 1 MONTHS DEPOSIT, IN WHICH CASE WE HAVE THE
OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE HAVE DECIDED TO
COLLECT IT WITHIN 30 DAYS

YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
      1,042.91 OF WHICH     300.92 WILL BE FOR PRINCIPAL AND
INTEREST AND      387.20 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
      PRINCIPAL AND INTEREST            300.92
      ESCROW PAYMENT                    387.20
      OVER/SHORT SPREAD                 354.79
                                   ---------------
NEW PAYMENT EFFECTIVE 11/01/19        1,042.91

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| In re<br><br>TAMARA T VERNON,<br><br>Debtor(s). | Case No. 17-22461-AJC<br><br>Chapter 13<br><br>**PROOF OF SERVICE** |

I, Lauren Timby, declare that:

I am employed by Aldridge Pite, LLP.  My business address is:Fifteen Piedmont Center, 3575Piedmont Road, N.E., Suite 500, Atlanta, GA 30305.   I am over the age of eighteen years andnot a party to this case.

On September 24, 2019, I caused the NOTICE OF MORTGAGE PAYMENT CHANGE to be served in said case by electronic means through the court's CM/ECF system or through United States Mail from San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.


/s/Lauren Timby
LAUREN TIMBY

PROOF OF SERVICE

- 1 -

# SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**

Tamara T Vernon
1859 NW 68 Terrace
Miami, FL 33147

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Carolina A Lombardi
Legal Services of Greater Miami, Inc.
4343 West Flagler Street #100
Miami, FL 33134
CLombardi@legalservicesmiami.org

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027
e2c8f01@ch13miami.com

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

PROOF OF SERVICE